UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATHEW LEE WILLIAMS, | Case No. 3:16-cv-00505-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS SR., *et al.*, | |
| Respondents. | |

In this habeas corpus action, the respondents filed a motion to dismiss (ECF No. 14), along with several exhibits in support of their motion to dismiss (ECF Nos. 15, 16, 17), on January 11, 2017.

Respondents also filed a motion for leave of court to file a particular exhibit *in camera* and under seal (ECF No. 18). The exhibit that is the subject of this motion is respondents' Exhibit 6, which has in fact been filed under seal at ECF No. 19. The Court finds that there is good cause for respondents to file that exhibit under seal, because it contains evaluations of the petitioner's mental health and competency, and because respondents represent that its disclosure could raise security concerns in the prison context. The Court will grant respondents' motion to file Exhibit 6 under seal.

It is therefore ordered that respondents' Motion for Leave to File Exhibit *in Camera* and Under Seal (ECF No. 18) is granted. Respondents' Exhibit 6, has been filed under seal (ECF No. 19); no further action is necessary in this regard.

1  It is further ordered that petitioner will have sixty (60) days from the date of this
2 order to file a response to respondents' motion to dismiss. Thereafter, respondents will
3 have thirty (30) days to file a reply.

DATED THIS 12th day of January 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE