UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATHEW LEE WILLIAMS,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN E. WILLIAMS SR., *et al.*,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:16-cv-00505-MMD-VPC<br><br>ORDER |

In this habeas corpus action, the petitioner, Mathew Lee Williams, has filed an amended petition for writ of habeas corpus (ECF No. 34). Respondents were due to respond to the amended petition by September 28, 2017. *See* Order entered June 30, 2017 (ECF No. 38).

On September 28, 2017, respondents filed a motion for extension of time (ECF No. 47), requesting a 46-day extension of time, to November 13, 2017, for their response to Williams' amended petition. Respondents' counsel states that she needs the extension of time because of her obligations in other cases.

The Court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the requested extension of time.

It is therefore ordered that respondents' Motion for Enlargement of Time (ECF No. 47) is granted. Respondents will have until and including November 13, 2017, to respond

to the petitioner's amended petition for writ of habeas corpus. In all other respects, the schedule set forth in the order entered June 30, 2017 (ECF No. 38) remains in effect.

DATED THIS 28th day of September 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE