UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MATHEW LEE WILLIAMS, | Case No. 3:16-cv-00505-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, SR., *et al.*, | |
| Respondents. | |

This action is a *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Mathew Lee Williams, a Nevada prisoner.

On October 4, 2017, Williams filed a "Motion for Judicial Review and Action" (ECF No. 49). In that motion — his second such motion (*see* ECF Nos. 44, 46) — Williams asks the Court to review his amended habeas petition and take judicial action upon it.

Respondents are due to respond to Williams' amended petition for writ of habeas corpus by November 13, 2017. (*See* Order entered September 28, 2017 (ECF No. 48).) Beyond that, the scheduling order in this case states:

> It is further ordered that if respondents file an answer, petitioner will have sixty (60) days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner shall have 60 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and respondents shall, thereafter, have thirty (30) days to file a reply in support of the motion.

(Order entered June 30, 2017 (ECF No. 38).) This schedule will control the further proceedings in this case. The question of the merits of the claims in Williams' amended habeas petition is not yet before the Court.

1  It is therefore ordered that petitioner's Motion Requesting Judicial Review and
2  Action (ECF No. 49) is denied.
3  DATED THIS 13th day of October 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE