UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATHEW LEE WILLIAMS,<br><br>                          Petitioner,<br>     v.<br>ISIDRO BACA, *et al.*,<br><br>                         Respondents. | Case No. 3:16-cv-00505-MMD-CBC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This is a habeas corpus action. The Court issued an order ("Order") on April 22, 2019, denying Petitioner Mathew Lee Williams's motion to strike (ECF No. 72) Respondents' answer and granting Respondents' motion for extension of time (ECF No. 74) to oppose Petitioner's motion to strike. (ECF No. 76.) Petitioner moved to strike Respondents' answer on the ground that multiple attorneys have been assigned to represent Respondents. (*See* ECF No. 72 at 2-3.)

Petitioner filed an opposition to Respondents' motion for extension of time (ECF No. 77), which the Court construes as a motion for reconsideration of the Order. Petitioner also filed a motion for reconsideration of the portion of the Order denying his motion to strike. (ECF No. 78.) Petitioner demonstrates no grounds for reconsideration of the Order. *See* Fed. R. Civ. P. 60.

Given that Respondents have filed an answer (ECF No. 66), and Williams has filed a reply to the answer (ECF No. 71), the amended petition (ECF No. 39) is now fully briefed. The Court will address its merits in due course, as its caseload allows.

It is therefore ordered that Petitioner's motion for reconsideration (ECF Nos. 77, 78) is denied.

DATED THIS 2nd day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE